Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff
Chavonne Browning

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Chavonne Browning,<br><br>             Plaintiff,<br><br>      vs.<br><br>Cross Check, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-06404-GAF-AJW<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

| Plaintiff | Defendant |
|---|---|
| /s/ Tammy Hussin | /s/ D. Lilah McLean |
| TAMMY HUSSIN<br>Attorney for Plaintiff | D. LILAH MCLEAN<br>Attorney for Defendant |