JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Chavonne Browning,<br><br>    Plaintiff,<br><br>  vs.<br><br>Cross Check, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-06404-GAF-AJW<br><br>**ORDER** |

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  March 20, 2014

_____

Judge: Hon. Gary A. Feess